IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


FLOYD JONES                                                                          PLAINTIFF

VS.                                                      CIVIL ACTION NO. 3:07-cv-00694-DPJ-JCS

FEDEX GROUND PACKAGE SYSTEMS, INC.
and DARIO SUTIC                                                                   DEFENDANTS


## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss

the Plaintiff's cause of action with prejudice as to all Defendants, and this Court, having

considered the same and being fully advised in the premises and it appearing that this entire

cause has been compromised and settled as between and among the parties, is of the opinion that

said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is

hereby, dismissed with prejudice as to all Defendants, with each party to bear their respective

costs.

**SO ORDERED AND ADJUDGED** this the 4th day of March, 2009.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE



AGREED TO:


S/ CARROLL RHODES
CARROLL RHODES - BAR # 5314
crhode@bellsouth.net
*Attorney for Plaintiff*


S/ JOHN A. WAITS
JOHN A. WAITS - BAR # 99259
jwaits@danielcoker.com
*Attorney for Defendants*